**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: WILLIAM H. SMULL, JR.           § Case No. 13-82969
       KATHERN L. SMULL              §
                                      §
       Debtor(s)                     §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 08/27/2013.

2) The plan was confirmed on 01/14/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 05/22/2015, 10/21/2016.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 06/24/2016, 03/03/2017, 04/14/2017.

5) The case was dismissed on 04/14/2017.

6) Number of months from filing or conversion to last payment: 39.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $71,050.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 53,420.50 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 53,395.50 |

### Expenses of Administration:

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 3,600.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 3,478.68 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 7,078.68 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ATTORNEY DAVID A AABY | Lgl | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 0.00 |
| ALLY FINANCIAL | Sec | 32,956.03 | 33,691.42 | 33,691.42 | 27,696.40 | 3,440.44 |
| ALLY FINANCIAL | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK | Sec | 0.00 | 1,859.83 | 0.00 | 0.00 | 0.00 |
| GERMAN-AMERICAN STATE BANK | Uns | 17,185.17 | 16,906.50 | 16,906.50 | 0.00 | 0.00 |
| GERMAN-AMERICAN STATE BANK | Sec | 16,483.20 | 16,123.80 | 16,123.80 | 13,737.75 | 1,442.23 |
| CHOICE RECOVERY | Uns | 663.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 561.00 | 561.95 | 561.95 | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 505.00 | NA | NA | 0.00 | 0.00 |
| EAR NOSE & THROAT SPECIALISTS | Uns | 178.00 | NA | NA | 0.00 | 0.00 |
| FFCC - COLUMBUS INC | Uns | 317.00 | NA | NA | 0.00 | 0.00 |
| FHN PHYSICIAN SERVICES | Uns | 3,989.72 | 3,629.05 | 3,629.05 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 397.00 | 396.56 | 396.56 | 0.00 | 0.00 |
| GUZZARDO MUSIC | Uns | 275.00 | NA | NA | 0.00 | 0.00 |
| INTEGRATED HOMECARE | Uns | 140.53 | NA | NA | 0.00 | 0.00 |
| MARTHA MULDOWNEY DDS | Uns | 90.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 4,786.24 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| OSF SPECIALTY CLINIC | Uns | 19.40 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 433.38 | 4,362.71 | 4,362.71 | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 22.00 | 21.55 | 21.55 | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| RKFD INFECTIOUS DISEASE | Uns | 37.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ANESTHESIOLOGISTS | Uns | 136.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD DENTAL CARE | Uns | 51.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 370.00 | NA | NA | 0.00 | 0.00 |
| SANDELL FAMILY CHIROPRACTIC | Uns | 743.85 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL - DISTRIBUTIONS | Uns | 914.00 | 914.03 | 914.03 | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Uns | 481.00 | NA | NA | 0.00 | 0.00 |
| THE AERO GROUP | Uns | 667.65 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIFUND CCR PARTNERS | Uns | 10,598.53 | NA | NA | 0.00 | 0.00 |
| MEDIACOM | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MOPAR / CHRYSLER GROUP LLC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MOPAR / CHRYSLER GROUP LLC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DRAKE BUSBY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FHN MEMORIAL HOSPITAL | Uns | 0.00 | 4,879.65 | 4,879.65 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLS as agent for | Uns | 0.00 | 1,438.51 | 1,438.51 | 0.00 | 0.00 |
| US BANK NA | Uns | 0.00 | 55.00 | 55.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 0.00 | 896.22 | 896.22 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 0.00 | 1,788.90 | 1,788.90 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 125.80 | 125.80 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 33,691.42 | $ 27,696.40 | $ 3,440.44 |
| All Other Secured | $ 16,123.80 | $ 13,737.75 | $ 1,442.23 |
| **TOTAL SECURED:** | $ 49,815.22 | $ 41,434.15 | $ 4,882.67 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 35,976.43 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 7,078.68 |
| Disbursements to Creditors | $ 46,316.82 |
| **TOTAL DISBURSEMENTS:** | $ 53,395.50 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  07/20/2017        By:  /s/ Lydia S. Meyer
                                              Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)